IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARIANA M., | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. H-14-3206 |
| HUMANA HEALTH PLAN OF TEXAS, INC., | § § § § |
| Defendant. | § § |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. Each party is to bear its own costs. This is a final judgment.

SIGNED on February 19, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1