# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20174

4:14-CV-3206

ARIANA M.,

Plaintiff – Appellant

v.

HUMANA HEALTH PLAN OF TEXAS, INCORPORATED,

Defendant – Appellee

United States District Court
Southern District of Texas
FILED

APR 2 0 2018

David J. Bradley, Clerk of Court

A True Copy
Certified order issued Apr 20, 2018

*Jyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

---

Appeal from the United States District Court
for the Southern District of Texas

---

Before STEWART, Chief Judge, and JOLLY\*, JONES, SMITH, DENNIS, CLEMENT, PRADO\*, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellant's motion to transfer consideration of attorney's fees on appeal to the district court is GRANTED.

---

\*Judge Jolly, now a Senior Judge of this court, participated in the consideration of this en banc case. Judges Willett and Ho were not on the court when this case was heard en banc. Judge Prado was a member of the original panel but retired from the Court on April 2, 2018, and, therefore did not participate in this decision.

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 20, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 16-20174    Ariana M. v. Eyesys Vision Inc. Plan
                        USDC No. 4:14-CV-3206

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Jann Wynne*

                        By:  _____
                        Jann M. Wynne, Deputy Clerk
                        504-310-7688

Mr. David J. Bradley, Clerk
Mr. Jeffrey Hahn
Ms. Lisa S. Kantor
Mr. Joseph Ross Matetich
Ms. Cynthia Morales
Ms. Rachael Kelly Padgett
Mrs. Alicia M. Paulino-Grisham
Mr. Amar B. Raval
Mr. Peter S. Sessions
Ms. Mary Ellen E. Signorille
Mr. Carlos Ramon Soltero
Mr. Thomas Tso